IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELL JONES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHELLE SHUTE, et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01384 WBS DB P<br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  Plaintiff alleges defendants failed to treat his serious back condition in violation of the Eighth Amendment.  On January 18, 2023, this court referred this case to the court's Alternative Dispute Resolution Project and stayed it for a period of 120 days.  Defendants have filed a motion to opt out of the Project.  Defendants' counsel states that after investigating plaintiff's claims and consulting with their supervisor, they feel they have a strong case.  In addition, a discussion with plaintiff about the case demonstrated that a settlement conference at this time would be a waste of resources.

　　　This court finds defendants have shown good cause to opt out of the Project.  Accordingly, IT IS HEREBY ORDERED that:

　　　1. Defendants' motion to opt out (ECF No. 20) is granted;

2. The stay of this action is lifted; and

3. Defendants shall file a responsive pleading within thirty days of the filed date of this order.

Dated: March 20, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/jone1384.ADR opt out