IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELL JONES, | Case No. 2:22-cv-01384 DB |
| Plaintiff, | ORDER |
| v. | |
| MICHELLE SHUTE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On October 11, 2023, this court granted defendants' motion to compel plaintiff to provide defendants with responses to the Requests for Production of Documents and the Requests for Admissions. Plaintiff was warned that if he failed to provide defendants with timely responses, "this court will impose sanctions." (ECF No. 30.) Defendants have filed a second motion to compel. (ECF No. 31.) In addition, in an ex parte motion, they seek an extension of the discovery deadline for purposes of completing plaintiff's deposition and an extension of the dispositive motion deadline. (ECF No. 32.)

This court finds the pending discovery dispute sufficient good cause to extend the dispositive motion deadline. However, this court will order further briefing before ruling on defendants' request to reopen discovery to permit completion of plaintiff's deposition.

Accordingly, IT IS HEREBY ORDERED that

1. Defendants' motion to extend the dispositive motion deadline (ECF No. 32) is granted. Any dispositive motions shall be filed on or before February 27, 2024.

2. Within fourteen days of the date of this order, plaintiff shall file responses to defendants' motion to compel and to defendants' motion for an extension of the discovery deadline to permit completion of plaintiff's deposition. Within ten days thereafter, defendants may file replies.

Dated: November 16, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/jone1384.mtc resp