1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   MARCELL JONES,                                    Case No. 2:22-cv-1384-WBS-DB P

13                                      Plaintiff,     ORDER

14                       v.

15   MICHELLE SHUTE, et al.,

16                                     Defendants.

17

18          Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C.

19   §1983.  Pending before the court is defendants' motion to compel plaintiff to respond to

20   discovery.  Because that motion has not been resolved, defendants ask the court to vacate the

21   dispositive motion deadline set for February 27, 2024.

22          Good cause appearing, IT IS HEREBY ORDERED that

23          1.  Defendants' motion to vacate the dispositive motion deadline (ECF No. 37) is granted;

24          2.  The current deadline to file a dispositive motion of February 27, 2024 is vacated; and

25   ////

26   ////

27   ////

28   ////

3.  The court will re-set a dispositive motion deadline upon resolution of the pending

discovery motion.

DATED:  February 21, 2024

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/jone1384.vac msj ddl