IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCELL JONES,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**MICHELLE SHUTE, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:22-cv-01384-WBS-DB (PC)<br><br>[~~PROPOSED~~] ORDER |

　　The Court has received Defendants' Ex Parte Application to Stay the Taking of Plaintiff's Continued Deposition. Having considered the Application and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

　　1. Defendants' Application is hereby GRANTED;

　　2. Defendants may wait to reschedule Plaintiff's continued deposition until after the Court has issued an order on Defendants' pending Third Motion to Compel and for such time as Defendants are able to coordinate the scheduling of the deposition thereafter.

Dated: May 15, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

[~~Proposed~~] Order (2:22-cv-01384-WBS-DB (PC))