UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELL JONES, | No. 2:22-cv-01384-DJC-SCR |
| Plaintiff, | |
| v. | **ORDER** |
| MICHELLE SHUTE, et al., | |
| Defendants. | |

On March 1, 2024, Magistrate Judge Deborah Barnes issued an order granting in part a Defendants' Motion to Compel. (ECF No. 39.) Plaintiff Marcell Jones now seek reconsideration of the Magistrate Judge's order. (ECF No. 40.)

Under Federal Rule of Civil Procedure 72(a), a party may object to a non-dispositive order issued by a Magistrate Judge within fourteen days of the order being served. Orders of a magistrate judge addressing discovery motions are non-dispositive and thus subject to the "clearly erroneous or contrary to law" standard of review. *Rockwell Intern., Inc. v. Pos-A-Traction Indus., Inc.*, 712 F.2d 1324, 1325 (9th Cir. 1983); *see* 28 U.S.C. § 636(b)(1)(A); *see also* L.R. 303(f). "A magistrate judge's decision is contrary to law if it applies an incorrect legal standard, fails to consider an element of an applicable standard, or fails to apply or misapplies relevant statutes, case law, or rules of procedure." *Aerojet Rocketdyne, Inc. v. Global Aerospace, Inc.*,

1

No. 17-cv-01515-KJM-AC, 2022 WL 4664179, at *2 (E.D. Cal. Sept. 30, 2022) (cleaned up).  A factual decision is clearly erroneous when the court is "left with the definite and firm conviction that a mistake has been committed." *Id.* (internal citations and quotation makes omitted).  "Specifically, as to discovery matters, magistrate judges are given broad discretion and their decisions on such matters should not be overruled absent a showing of clear abuse of discretion." *Swenson v. Siskiyou County*, No. 08-cv-01675-FCD-CMK, 2010 WL 2574099, at *1 (E.D. Cal. Jun. 24, 2010).

Plaintiff failed to file the present motion for reconsideration within the fourteen days required by Rule 72(a).  Regardless, the Magistrate Judge's decision in granting Defendants' Motion to Compel was not clearly erroneous or contrary to law.

Accordingly, Plaintiff's Motion for Reconsideration (ECF No. 40) is DENIED.  This matter is referred back to the assigned Magistrate Judge for all further proceedings.

IT IS SO ORDERED.

Dated:  **February 13, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE