UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELL JONES, | No. 2:22-cv-1384-DJC-SCR |
| Plaintiff, | |
| v. | ORDER |
| MICHELLE SHUTE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner representing himself in this civil rights action filed pursuant to 42 U.S.C. § 1983. Judgment was entered in favor of defendants on May 27, 2025. ECF No. 52. Defendants submitted a bill of costs on June 10, 2025. ECF No. 54. This matter was referred back to the undersigned on June 10, 2025. In light of the referral, the court will set a briefing schedule on the pending matter. Plaintiff may file objections to defendants' bill of costs no later than July 25, 2025. Defendants' may file a response to any objections no later than August 1, 2025. This matter will be deemed submitted on the papers following the expiration of the deadlines set herein.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file objections to defendants' bill of costs no later than July 25, 2025.

////

////

1

2. Defendants may file a response to any objections by August 1, 2025.

DATED: July 15, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2